LOUISE CONDIT SMITH HASSENPFLUG, appellant,

*v.*

PATERSON NATIONAL BANK OF PATERSON, NEW JERSEY, et al., respondents.

[Decided October 14th, 1929.]

*Messrs. Wall, Haight, Carey & Hartpence,* for the appellant.

*Messrs. McCarter & English* and *Mr. John L. Griggs,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *103 N. J. Eq. 421.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.